C. A. MOORE v. G. E. HUBBARD.

FILED JUNE 21, 1895.    No. 5967.

**Review:** CONFLICTING EVIDENCE: AFFIRMANCE OF JUDGMENT: PRACTICE. No question was presented in this case except a question of fact, and several questions of practice which have already been repeatedly passed upon.

ERROR from the district court of Holt county. Tried below before KINKAID, J.

*R. R. Dickson* and *E. W. Adams,* for plaintiff in error.

*M. F. Harrington, contra.*

IRVINE, C.

In this case there are eight assignments of error. Of these the sixth is "Errors of law occurring at the trial, and duly excepted to by plaintiff." This, while sufficient in a motion for a new trial, is too general to present any question for review in a petition in error.

The seventh is that the court erred in overruling the motion for a new trial. As the motion for a new trial assigns six grounds, this assignment is too general.

The eighth is that the court erred in not considering newly-discovered evidence and affidavits in support thereof. Accepting this as a sufficient assignment that the court

erred in refusing a new trial on the ground of newly dis-
covered evidence, we cannot consider it, because the affi-
davits in support thereof are not preserved by a bill of
exceptions.

The remaining assignments call only for a consideration
of the sufficiency of the evidence to sustain the verdict in
its general character and as to its amount.  No question of
law is presented on this point.  We have examined the
evidence and find that while it is conflicting there is suffi-
cient to sustain the verdict.

JUDGMENT AFFIRMED.